*William Godnick, Irving C. Maltz* and *J. A. Freedman* for appellant.

*Horace G. Marks* and *Samuel Kahan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARGARET DOPP, Appellant, *v.* THE CITY OF JOHNSTOWN et al., Respondents.

*Negligence — streets — injury to pedestrian through giving way of iron trap door in sidewalk — complaint dismissed.*

*Dopp* v. *City of Johnstown,* 214 App. Div. 407, affirmed.

(Argued November 30, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered May 10, 1926, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Defendant in walking across a sidewalk in the city of Johnstown stepped upon an iron door located in and a part of the sidewalk which gave way and precipitated her into the area below causing the injuries complained of. Nuisance was not alleged. The Appellate Division dismissed the complaint on the ground that it appeared the accident occurred through improper maintenance rather than defective construction and there was no sufficient evidence of constructive notice thereof to the city.

*Alfred D. Dennison* and *John T. Morrison* for appellant.

*Clarence W. Smith* for city of Johnstown, respondent.

*J. Keck* for Catherine A. Smith, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J.